UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>v.<br><br>Hawilla et al.,<br><br>        Defendants. | 14 Cr. 00609<br><br>Honorable Raymond J. Dearie |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that, effective immediately, Lewis J. Liman is withdrawing as counsel for defendants José Hawilla, Traffic Sports USA, Inc. and Traffic Sports International, Inc. (collectively, the "Defendants") in this action. Michael F. Bachner of the law firm of Bachner & Associates, P.C. will continue to represent the Defendants.

Please make the necessary changes to your files.

Dated: New York, New York
       January 29, 2016

                                            CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                            By: _____
                                            Lewis J. Liman,
                                            One Liberty Plaza
                                            New York, New York 10006
                                            Tel: (212) 225-2000
                                            lliman@cgsh.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2016, a copy of the foregoing Notice of Withdrawal of Counsel was filed electronically. Notification of this filing will be sent to all parties via the Court's ECF system.

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: *[signature]*
Diego A. Zambrano,
One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
dzambrano@cgsh.com
