

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EMN:SPN
F.#2014R00190

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 4, 2016

By ECF

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. José Hawilla et al.
                  Criminal Docket No. 14-609 (RJD)

Dear Judge Dearie:

        The government respectfully requests that the sentencing control date for defendants José Hawilla, Traffic Sports USA, Inc., and Traffic Sports International, Inc., currently set for April 8, 2016 at 10:00 a.m., be adjourned to October 14, 2016 at 10:30 a.m., a date and time the parties have been informed is convenient for the Court. Defense counsel have been consulted and join in this request.

        An adjournment of the sentencing control date for defendant Hawilla for at least six months is appropriate under the circumstances in light of his continuing cooperation with the government's investigation. Defense counsel have indicated that the corporate defendants require additional time to resolve outstanding issues in advance of sentencing. This is the parties' second request for an adjournment of the sentencing control date. The first

request was granted by the Court on September 23, 2015 and adjourned the control date from September 25, 2015 to April 8, 2015.

        Respectfully submitted,

        ROBERT L. CAPERS  
        United States Attorney  
        Eastern District of New York

By:    /s/                         
     Evan M. Norris  
     Samuel P. Nitze  
     M. Kristin Mace  
     Tanya Hajjar  
     Assistant U.S. Attorneys  
     718-254-7000

cc:   Michael Bachner, Esq. (by ECF)  
      Nicholas G. Arons, Esq. (by ECF)  
      Clerk of Court (RJD) (by ECF)