AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

____Eastern____  **District of** ____New York____

| United States of America | | **CONSENT ORDER GRANTING** |
|---|---|---|

United States of America

Plaintiff (s),

V.

José Hawilla, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  1:14-cr-00609-PKC-RML

Notice is hereby given that, subject to approval by the court,  José Hawilla, Traffic Sport USA, Inc., and Traffic Sports International, Inc. substitutes

(Party (s) Name)

Shawn P. Naunton , State Bar No. 3958691 as counsel of record in

(Name of New Attorney)

place of  Michael F. Bachner .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  Zuckerman Spaeder LLP

Address:  399 Park Avenue, 14th Floor, New York, NY 10022

Telephone:  (212) 704-9600  Facsimile  (212) 704-4256

E-Mail (Optional):  snaunton@zuckerman.com

I consent to the above substitution.

Date:  10/22/2016

(Signature of Party (s))

I consent to being substituted.

Date:  9/26/16

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  _____

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]