UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 28 2018 ★
BROOKLYN OFFICE

UNITED STATES OF AMERICA,

— against —

JOSÉ HAWILLA,

Defendants.

Case No. 1:14-cr-00609-PKC-RML

[PROPOSED] ORDER

WHEREAS the defendant JOSÉ HAWILLA died on May 25, 2018;

WHEREAS, in light of his passing, an Order dismissing the Criminal Information filed against Mr. Hawilla sought by the United States Attorney's Office for the Eastern District of New York was granted on August 15, 2018;

WHEREAS, Mr. Hawilla's death makes further appearance in the case impossible and all other conditions of the Bond Order securing Mr. Hawilla's appearance have been satisfied;

WHEREAS, the United States Attorney's Office for the Eastern District of New York and the Estate of Mr. Hawilla (formerly counsel for Mr. Hawilla) consent to the entry of this Order in this form;

IT IS HEREBY ORDERED that the Order Setting Conditions of Release and Bond initially entered on May 14, 2013 for the purpose of securing Mr. Hawilla's appearance, which was amended most recently by order approving the consent letter request dated February 1, 2018 (ECF No. 83) is vacated; the three sureties (Eliani Maria Menezes Hawilla, Stefano Hawilla and Orlando Mayorga) are exonerated; and all assets securing the bond shall be returned. The Escrow Property and Assignment held by the United States Attorney for the Eastern District of New York as Escrow Agent under the Escrow Agreement dated May 30, 2013 between Mr.

Hawilla, Eliani Maria Menezes Hawilla and the United States of America shall be released from Escrow pursuant to Sections 3(b) of the Escrow Agreement and the cash previously deposited in the Registry of the Court in the sum of $5,000,000.00 shall be delivered forthwith to counsel for the Estate of Mr. Hawilla (formerly counsel for Mr. Hawilla) and the property at 7813 Fisher Island Florida 33109 shall be released from Escrow.

Dated: Brooklyn, New York
August 28, 2018

s/PKC
_____
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York